# Order

Michigan Supreme Court
Lansing, Michigan

September 4, 2012

145062

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JULIUS CHRISTOPHER CLARK-WILLIS,
      Defendant-Appellant.

Robert P. Young, Jr.,
*Chief Justice*

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
*Justices*

SC: 145062
COA: 302388
Monroe CC: 09-037741-FC

_____/

On order of the Court, the application for leave to appeal the March 20, 2012 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Hardy* (Docket No. 144327) and *People v Glenn* (Docket No. 144979) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

Clerk

s0827